**FILED**
3:07 pm, Jan 16, 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

Nickie Kane,

Plaintiff,

v.

KEVIN HARPER,

Defendant.

----------------------------------------------------------x

Case No.: 26-cv-00271(RER)(SDE)

COMPLAINT

RECEIVED
JAN 16 2026
PRO SE OFFICE

Plaintiff, pro se, alleges the following on personal knowledge and information and belief:

## I. JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the Fair Housing Act, including 42 U.S.C. §§ 3604(b) and 3617.
2. This Court has supplemental jurisdiction over state and city law claims under 28 U.S.C. § 1367.
3. Venue is proper in this District because all relevant conduct occurred in Brooklyn, New York.

## II. PARTIES

4. Plaintiff is an adult woman residing in a multi-unit residential building in Brooklyn, New York.
5. Defendant Kevin Harper resides in the same building 926 47 Street, Brooklyn, NY 11219, in Apartment [7D].

## III. FACTUAL ALLEGATIONS

### A. Prolonged and Targeted Course of Conduct

6. From approximately October 2024 through January 2026, a period of about fifteen months, Defendant engaged in a repeated and escalating course of conduct directed at Plaintiff.
7. Defendant's conduct was intentional, targeted at Plaintiff, and lacked any legitimate residential purpose.

### B. Loud Music as Harassment and Sexual Intimidation

REC'D IN PRO SE OFFICE
JAN 16 '26 PM2:51

8. Defendant repeatedly played amplified music at excessive volume such that walls and floors vibrated.
9. Defendant regularly played music during late-night and early-morning hours, including between 3:00 a.m. and 4:00 a.m., in violation of building house rules and local noise regulations.
10. Defendant deliberately turned the music volume up and down to provoke and harass Plaintiff after complaints were made.
11. Defendant stated that he plays music loudly "when I want to fuck." This statement was made in the context of repeated noise complaints and was intended to sexualize, intimidate, and demean Plaintiff.

C. Sexually Explicit and Degrading Statements

12. On December 23, 2025, Defendant played music with explicit sexual lyrics, including "girl I want to make you cum," while loudly singing along and making obscene sexual noises audible outside his apartment.
13. On multiple occasions, Defendant yelled sexually degrading and threatening statements, including "fuck that bitch" and "I'm going to violate her."
14. During a police response, Defendant stated to officers, referring to Plaintiff, "She keeps calling the police because she wants this dick."
15. Defendant's statements were sexual in nature, directed at Plaintiff, and intended to humiliate her, undermine her credibility, and deter her from seeking protection.

D. Physical Intimidation, Weapons, and Violence

16. Defendant repeatedly lunged toward Plaintiff in an aggressive manner during confrontations, causing Plaintiff to reasonably fear imminent physical harm.
17. On at least one occasion, Defendant was observed walking through common areas of the building with a large kitchen knife tucked into the front of his pants.
18. Defendant was subsequently arrested for domestic violence involving a female guest.
19. Plaintiff is informed and believes Defendant stabbed or cut the female guest, resulting in police intervention.
20. Defendant's prior acts of violence render his threats credible and substantially increase the risk of harm to Plaintiff.

E. Impact on Plaintiff and Housing Interference

21. As a direct result of Defendant's conduct, Plaintiff has experienced fear for her safety, loss of sleep, emotional distress, and inability to peacefully use and enjoy her home.
22. Defendant's conduct caused Plaintiff to alter her behavior inside her residence, including avoiding common areas and remaining in her apartment for safety.

IV. CLAIMS FOR RELIEF

COUNT I

Fair Housing Act: Hostile Housing Environment
42 U.S.C. § 3604(b)

23. Defendant subjected Plaintiff to unwelcome conduct based on sex.
24. The conduct was severe and pervasive, including sexual threats, obscene statements, intimidation, and physical menace.
25. Defendant's conduct unreasonably interfered with Plaintiff's use and enjoyment of her dwelling.
26. A reasonable person in Plaintiff's position would find the housing environment hostile and abusive.

COUNT II

Fair Housing Act: Interference, Coercion, and Intimidation
42 U.S.C. § 3617

27. Defendant intimidated, threatened, and interfered with Plaintiff's exercise of housing rights through sexual harassment, threats, and physical intimidation.
28. Defendant's conduct was intended to deter Plaintiff from remaining in or asserting her right to occupy her dwelling.

COUNT III

Assault (New York Common Law)

29. Defendant's threats, lunging behavior, and weapon display placed Plaintiff in reasonable apprehension of imminent harmful or offensive contact.

COUNT IV

Intentional Infliction of Emotional Distress (New York Common Law)

30. Defendant engaged in extreme and outrageous conduct that exceeded all bounds tolerated in a civilized society.
31. Defendant intended to cause emotional distress or acted with reckless disregard of the likelihood of such distress.
32. Plaintiff suffered severe emotional distress as a result.

V. DAMAGES

33. Plaintiff has suffered emotional distress, fear, anxiety, loss of sleep, and loss of quiet enjoyment of her home.
34. Defendant's conduct was willful and malicious.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in Plaintiff's favor;
b. Issue injunctive relief prohibiting Defendant from harassing or contacting Plaintiff;
c. Award compensatory damages;
d. Award punitive damages;
e. Award costs and any other relief the Court deems just.

VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

DATED: 1-16-26
Brooklyn, New York

Respectfully submitted,

Nickie Kane
Plaintiff, Pro Se
95-73 114 Street

South Richmond Hill, NY 11419
786 440-8209
Ms.Nickie.Kane@gmail.com