To whom it May Concern 11/12/2026

RECD IN PRO SE OFFICE
NOV 12 2026 PM2:37

I Kevin harper Live 946 47th street I am having problems from NikkieKane apt 6D I appeared here today at 225 Cadman plaza Brooklyn NY Court building Eastern District Court. NikkieKane Keep bothering me I Cant play my Music or Wash clothes she is Kicking and banging on my door putting stuff on my door and Calling the police on me my apartment is 7D please Something have to get done with NikkieKane on top of that she have 2 apartments Richmond hill Queens NY 11419

address 95-73 114 street
NY 11419 South Queens

Kevin Harper